■ The People of the State of New York, Respondent, v Franklin X. Gallimore, Appellant. [946 NYS2d 490]—Appeal by the defendant from an amended judgment of the County Court, Suffolk County (Braslow, J.), rendered September 13, 2010, revoking a sentence of probation previously imposed by the same court upon a finding that he violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous adjudication as a youthful offender for attempted arson in the third degree. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the amended judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the

defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Angiolillo, J.P., Florio, Leventhal and Lott, JJ., concur.